BRYAN SCHRODER
United States Attorney

YUNAH CHUNG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: yunah.chung@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>ANGEL ALONSO,<br><br>      Defendant. | ) No. 3:20-cr-00045-SLG-MMS<br>)<br>) COUNT 1:<br>) POSSESSION OF CONTROLLED<br>) SUBSTANCE WITH INTENT TO<br>) DISTRIBUTE<br>)  Vio. of 21 U.S.C. § 841(a)(1),<br>) (b)(1)(B)<br>)<br>) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about July 28, 2019, in Unalaska, within the District of Alaska, the defendant, ANGEL ALONSO, knowingly possessed with intent to distribute a controlled substance, to wit: 5 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Yunah Chung
YUNAH CHUNG
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:   June 24, 2020